IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD, as Subrogee of KINTETSU WORLD EXPRESS INC., and STARR INDEMNITY AND LIABILITY COMPANY, as Subrogee of TEXAS INSTRUMENTS INCORPORATED,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HUTCHINSON LOGISTICS & CONSULTING LLC AND FAHIM LOGISTICS, LLC<br><br>　　　　　　　　Defendants. | Civil Action No. 4:23-CV-04002<br><br>Judge Charles Eskridge<br><br>**DEFENDANT HUTCHINSON LOGISTICS & CONSULTING LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that as of this date, Defendant Hutchinson Logistics & Consulting LLC has no parent corporation and no publicly held corporation owns 10% or more of their stock.

Dated: December 21, 2023

Respectfully Submitted By:

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Deana S. Stein*
Deana S. Stein (S.D. Tex Bar No. 3866905)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
T: (216) 363-6170
F: (216) 363-4588
E: dstein@beneschlaw.com

Marc S. Blubaugh (S.D. Tex Bar No. 584720)
41 South High Street, Suite 2600
Columbus, OH 43215
T: (614) 223-9300
F: (614) 223 -9330
E: mblubaugh@beneschlaw.com

1

**BAIR HILTY, P.C.**
Amanda S. Hilty
 TBN: 09683030
 FBN: 10187
Dale R. Mellencamp
 TBN: 13920259
 FBN: 7718
14711 Pebble Bend Drive
Houston, Texas 77068
T: (713) 862-5599
F: (713) 868-9444
E: ahilty@bairhilty.com
   dmellencamp@bairhilty.com

*Counsel for Defendant Hutchinson Logistics & Consulting LLC*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2023, the foregoing documents were electronically filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

**HILL RIVKINS, LLP**
Dana K. Martin
Hannah E. Taylor
1000 N. Post Oak, Suite 220
Houston, Texas 77055
T: (713) 222-1515
F: (713) 222-1359
E: dmartin@hillrivkins.com
   htaylor@hillrivkins.com
*Counsel for Plaintiffs*

/s/ Deana S. Stein
Deana S. Stein
*Counsel for Defendant Hutchinson Logistics & Consulting LLC*